# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, FRESNO COUNTY,<br><br>Defendant.<br>_____/ | Case No.  1:26-cv-02097-KES-SKO<br><br>**FINDINGS AND RECOMMENDATION TO REMAND FOR LACK OF JURISDICTION DUE TO IMPROPER REMOVAL**<br><br>(Docs. 1, 3)<br><br><u>FOURTEEN-DAY DEADLINE</u> |

Steven Quinn Singleton proceeds *pro se* in this action filed on March 13, 2026.  (Doc. 1). On March 18, 2026, an order issued for Plaintiff to show cause ("OSC") by March 27, 2026, why the action should not be remanded for lack of removal jurisdiction.  (Doc. 3).  Plaintiff was warned in the OSC that failure to comply with the Court's order "may result in the remand of this case to state court without any further opportunity to respond."  (*Id*. at 3).  Plaintiff has not yet filed any response, and the time to do so has passed.

Because Plaintiff failed to show cause why this Court should not find that this case should be remanded to state court for improper removal, the undersigned finds that such a remand is appropriate.  *See Okot v. Callahan*, 788 F.2d 631, 633 (9th Cir. 1986).

Accordingly, it is **HEREBY RECOMMENDED** that this action be remanded to state court due to lack of removal jurisdiction.

These Findings and Recommendation will be submitted to the assigned United States District Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(l)(B).  **Within fourteen (14) days** after being served with these Findings and Recommendation, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

The Court **DIRECTS** the Clerk of Court to send a copy of this Order to Plaintiff at their address as listed on the docket for this matter.

IT IS SO ORDERED.

Dated:    **April 6, 2026**                      /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

2