**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No. 1:26-cv-02097 KES SKO |
| Plaintiff, | ORDER REMANDING ACTION TO FRESNO COUNTY SUPERIOR COURT |
| v. | Doc. 5 |
| SUPERIOR COURT OF CALIFORNIA, FRESNO COUNTY, | |
| Defendant. | |

Plaintiff Steven Quinn Singleton, proceeding pro se, removed Fresno County Superior Court Case No. 26CV-01170 to this Court.  On March 18, 2026, the magistrate judge ordered Singleton to show cause why this case should not be remanded based on improper removal, as Singleton, the removing party, is the plaintiff.  Doc. 3.  After Singleton did not respond, the magistrate judge found the Court lacks jurisdiction based on the improper removal and recommended remand.  Doc. 4.

After the magistrate judge issued the findings and recommendations, Singleton filed an untimely response to the order to show cause, indicating he had "no objection to remand" and requesting voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, to allow the matter to proceed in the state court as the appropriate forum.  Doc. 5 at 1, 2.  Upon review of the notice, the Court declines to construe the filing as request for dismissal under Rule 41, which would result in the case being closed and not proceeding in *either* the federal or

1

state court.  *See* Fed. R. Civ. P. 41(a).  As Singleton wishes for the matter to proceed in the state court, the Court instead construes the notice as a request for remand to Fresno County Superior Court.  *See* Doc. 5 at 1.  The Court **ORDERS**:

1. The construed request for remand (Doc. 5) is **GRANTED**.

2. This action is **REMANDED** to the Fresno County Superior Court.

3. The findings and recommendations dated April 6, 2026 (Doc. 4) are terminated as **MOOT**.

4. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:    April 28, 2026

_____
UNITED STATES DISTRICT JUDGE

2